# ADAM LEITMAN BAILEY, P.C.

## NEW YORK REAL ESTATE ATTORNEYS

ADAM LEITMAN BAILEY[1]
COLIN E. KAUFMAN
DOV TREIMAN
ROSEMARY LIUZZO MOHAMED
CHRISTOPHER HALLIGAN
WILLIAM J. GELLER[1]
COURTNEY J. LERIAS
JOANNA C. PECK
RACHEL SIGMUND[1]
DANNY RAMRATTAN
MARIANNE SANCHEZ
ISRAEL KATZ[1]
CARLY CLINTON[4]

JOHN M. DESIDERIO
JEFFREY R. METZ
JACKIE HALPERN WEINSTEIN[1]
MASSIMO F. D'ANGELO[1]
ERIC S. ASKANASE[2]
CAROLYN Z. RUALO
THOMAS FURST[3]
SCOTT J. PASHMAN[1]
JAMIE SCHARE FRIEDLAND[1]
VLADIMIR MIRONENKO
ANDREW C. JORGES[1]

**OF COUNSEL**
LEONARD H. RITZ

[1] ALSO ADMITTED IN NEW JERSEY
[2] ALSO ADMITTED IN ENGLAND AND WALES
[3] ALSO ADMITTED IN ONTARIO
[4] ADMITTED IN NY, NEW JERSEY ADMISSION PENDING

August 6, 2020

**By ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Antwan Tolliver v. 3139 BWY Liquor Inc. d/b/a Liquors and 3139 Broadway Investors, LLC*
               Case No. 1:20-cv-03701-LTS-SN

Dear Judge Netburn:

      Adam Leitman Bailey, P.C., represents Defendant 3139 Broadway Investors, LLC ("3139 Broadway") in the above-referenced action. We write jointly with Plaintiff's counsel, Solomos & Storms, to inform the Court that the parties have arrived at a settlement in principal to resolve this matter.

      The parties anticipate that they will be in a position to file a stipulation of dismissal with prejudice in the next 30 days. In the meantime, we respectfully request that the Court adjourn all deadlines and conferences *sin die*.

Hon. Sarah Netburn
August 6, 2020
Page 2 of 2

    We thank the Court for its attention to this matter.

    Respectfully submitted,

    /s/ Israel A. Katz

    Israel A. Katz
    *Attorneys for Defendant 3139 Broadway Investors, LLC*

    /s/ Derrick Storms

    Derrick Storms
    *Attorneys for Plaintiff*

Cc:    All counsel of record (by ECF)