UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANTWAN TOLLIVER, an individual,

                                                              Case No.: 1:20-cv-3701

               Plaintiff,

   -against-

3139 BWY LIQUOR INC. d/b/a LIQUORS, an entity,
and 3139 BROADWAY INVESTORS, LLC, an entity,

               Defendants.
---------------------------------------------------------------- X

## NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE

   **WHEREAS**, the Parties, by and through their respective counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41 (a) (1) of the Federal Rules of Civil Procedure have settled the claims.

   **NOW THEREFORE,** the Parties agree that the above captioned matter is hereby DISMISSED *with prejudice and with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.*

   **SO STIPULATED AND RESOLVED**.

Dated: Brooklyn, New York
       August 11, 2020

                                                  Respectfully submitted,

                                                  **SOLOMOS & STORMS**

                                                  By: /s/ Derrick Storms
                                                  Derrick Storms, Esq.
                                                  33-08 Broadway
                                                  Astoria, NY 11106
                                                  Tel: (718) 278-5900
                                                  dstormsesq@gmail.com
                                                  *Attorneys for Plaintiff*

1