UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANTWAN TOLLIVER, an individual,

                                             Case No.: 1:20-cv-3701

                Plaintiff,

  -against-

3139 BWY LIQUOR INC. d/b/a LIQUORS, an entity,
and 3139 BROADWAY INVESTORS, LLC, an entity,

                Defendants.
---------------------------------------------------------------- X

## NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE

  **WHEREAS**, the Parties, by and through their respective counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41 (a) (1) of the Federal Rules of Civil Procedure have settled the claims.

  **NOW THEREFORE,** the Parties agree that the above captioned matter is hereby DISMISSED *with prejudice and with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.*

  **SO STIPULATED AND RESOLVED**.

Dated: Brooklyn, New York
       August 11, 2020

                                                  Respectfully submitted,

SO ORDERED.                       **SOLOMOS & STORMS**
8/12/2020
/s/ Laura Taylor Swain, USDJ      By: /s/ Derrick Storms
                                           Derrick Storms, Esq.
                                           33-08 Broadway
                                           Astoria, NY 11106
                                           Tel: (718) 278-5900
                                           dstormsesq@gmail.com
                                           *Attorneys for Plaintiff*

1